UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yeritza Sosa,

    Plaintiff,

—v—

City of New York, et al.,

    Defendants.

18-cv-5141 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Case Management Plan and Scheduling Order entered in this case, the parties were to submit a letter by November 22, 2019 indicating whether they sought referral to the Magistrate Judge for a settlement conference. *See* Dkt. No. 32. The Court is not in receipt of that letter. The parties are hereby ordered to submit such a letter on or before December 2, 2019.

SO ORDERED.

Dated: November 26, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge