UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yeritza Sosa,

          Plaintiff,

-against-

City of New York et al.,

          Defendants.

1:18-cv-05141 (AJN) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, January 15, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
            January 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge