

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 0 2020

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**NELSON R. LEESE**
*Senior Counsel*
Phone: (212) 356-4361
Fax: (212) 356-3509
nleese@law.nyc.gov

January 9, 2020

SO ORDERED:

**/s/ AJN**   1/9/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA E.C.F.**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   <u>Yeritza Sosa v. City of New York, et al.,</u>
18-CV-5141 (AJN)

Your Honor:

    I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney representing the defendants City of New York, Sean Higgins, and Jennifer Nicalek in the above-referenced action. I write with the consent of counsel for the plaintiff, Geoffrey St. Andrew Stewart, to respectfully request that the Case Management Conference presently scheduled in this matter for tomorrow, January 10, 2020, be cancelled in light of the extended discovery deadlines and additional Case Management Conference presently scheduled for February 21, 2020. *See* Docket No. 36.

    The January 10, 2020 conference was originally scheduled pursuant to Your Honor's August 9, 2019 Civil Case Management Plan and Scheduling Order (Docket No. 32). However, on December 2, 2019, the parties jointly requested an extension of time to complete discovery, which the Court granted. *See* Docket Nos. 34-35. In making their request, the parties were remiss in failing to request that tomorrow's conference also be adjourned, and the Court endorsed the parties' proposed amended Civil Case Management Plan and Scheduling Order, which also scheduled an additional conference for February 21, 2020. *See* Docket No. 36.

    In the interest of conserving judicial resources—and in light of the extended discovery deadlines and February 21, 2020 Case Management Conference—the undersigned respectfully requests that tomorrow's conference be cancelled. Should Your Honor wish to proceed with tomorrow's Case Management Conference as scheduled, the undersigned is and will remain prepared to appear.

    Thank you for your consideration herein.

The Civil Case Management Plan and Scheduling Order entered by the Court on December 3, 2019, Dkt. No. 36, supersedes that entered by the Court on August 9, 2019, Dkt. No. 32. Accordingly, the case management conference scheduled by the August 9 Case Management Plan and Scheduling Order has been adjourned.
SO ORDERED.

Respectfully submitted,

*/s/ Nelson R. Leese*

**Nelson R. Leese**
*Senior Counsel*
*Attorney for Defendants City,*
*Higgins, and Nicalek*

cc:   All Parties, *via ECF*